■ CLARA GIORDANO, Respondent, v. JOSEPH GIORDANO, Appellant.— Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ JEAN LABOULAIS, Respondent, v. ROBERT COHADE, Defendant, and DIANA COHADE, Appellant.— Motion by respondent to vacate a stay of execution heretofore granted by this court denied (*Clearview Associates* v. *Clearview Gardens First Corp.*, 4 A D 2d 887). Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ In the Matter of DUALLO REALTY CORP. et al., Appellants, v. CHARLES A. SILVER et al., Constituting the Board of Appeals of the City of Long Beach, Respondents, and TEMPLE EMANU-EL OF LONG BEACH, INC., Intervenor-Respondent.— Motion by intervenor respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ In the Matter of EDYTHE B. JACOBS, Petitioner, v. JOSEPH P. KELLY, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Motion by respondent to dismiss proceeding granted; proceeding dismissed. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ In the Matter of JOSEPH GARROW.— Motion by petitioner for reargument of his application for reinstatement at an attorney and counselor at law, or for leave to appeal to the Court of Appeals from the order denying such application. Motion denied. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of the PORT OF NEW YORK AUTHORITY, Respondent, Relative to Acquiring Title to Real Property in the Borough of Brooklyn. MANHATTAN FELTING MILLS, INC., Appellant.— Motions by respondent for leave to appeal to the Court of Appeals and for a stay denied. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ In the Matter of CARL H. HOFFMANN.— Motion by a suspended attorney for reinstatement as an attorney and counselor at law granted; petitioner reinstated as an attorney and counselor at law. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of RUGBY EXCAVATORS, INC., Appellant. STEPHEN O'ROURKE, Respondent; JAMES M. COPPOLA, Appellant.— On the call of the calendar, on motion by respondent, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated March 14, 1962, requiring them to perfect their appeal on March 26, 1962. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ In the Matter of WINIFRED NIEGOCKI, Appellant, v. H. LEE DENNISON, as County Executive of Suffolk County, et al., Respondents.— On the call of the calendar, motion by respondent Suffolk County Water Authority to dismiss the appeal, granted. Although appellant appeared on the call of the calendar, she failed to comply with the order of this court, dated February 21, 1962, requiring her to perfect her appeal for the April, 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ JOYCE RESEARCH AND DEVELOPMENT CORPORATION, Appellant, v. EQUI-FLOW DIVISION OF VIBRO MFG. CO., INC., Respondent.— Motions by appellant for reargument or for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.